David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2011 JUN 14  AM 11: 18
DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| LYNDA SCADDEN, | Bankruptcy No. 10-22665 |
| | (Chapter 7) |
| Debtor(s) | Judge R. Kimball Mosier |

### DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A      The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B      The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Bona Vista Water District<br>2020 West 1300 North<br>Farr West, UT 84404 | $2.16 |

A check in the amount of $2.16 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: June 14, 2011

                                    DAVID L. MILLER
                                    Chapter 7 Trustee

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee



FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 JUN 14 AM 11: 18

DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| LYNDA SCADDEN, | Bankruptcy No. 10-22665 (Chapter 7) |
| Debtor(s) | Judge R. Kimball Mosier |

### DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Bona Vista Water District<br>2020 West 1300 North<br>Farr West, UT 84404 | $2.16 |

A check in the amount of $2.16 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: June ___ 2011

/S/
_____
DAVID L. MILLER
Chapter 7 Trustee